```
                                              FILED

                                           MAY 3 0 2003

                                      UNITED STATES DISTRICT COURT
                                          DISTRICT OF ALASKA
        UNITED STATES DISTRICT COURT By_____PD_____ Deputy
              FOR THE DISTRICT OF ALASKA
```

JOSEPH FREDERICK,
    Plaintiff,

Case Number J02-0008 CV (JWS)

v.

DEBORAH MORSE, et al.,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT plaintiff take nothing from defendants and that defendants recover their costs in the amount of $_____ from plaintiff.

APPROVED: _/s/ John W. Sedwick_

John W. Sedwick
United States District Judge

Date: 5-29-03

                  Michael D. Hall
                  Clerk

                  _/s/ Patricia Demeter_
                  (By) Deputy Clerk

J02-0008--CV (JWS)
-----------------------------------------
D. CROSBY
D. MERTZ
O&J file

[]{JMT2.WPT*Rev.3/03}

MAILED ON 5/30/03

BY PD

32