UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

**MAR 3 1 2006**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| JOSEPH FREDERICK, | No. 03-35701 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-02-00008-J-JWS<br>District of Alaska,<br>Juneau |
| v. | |
| DEBORAH MORSE; JUNEAU SCHOOL BOARD, | ORDER |
| Defendants - Appellees. | |

Before: HALL, KLEINFELD, and WARDLAW, Circuit Judges.

Costs shall be taxed against Appellees.