MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**JOSEPH FREDERICK**     v.     **DEBORAH MORSE, et al.**

THE HONORABLE JOHN W. SEDWICK            CASE NO. 1:02-cv-00008 (JWS)

PROCEEDINGS:     **ORDER FROM CHAMBERS**            Date: May 4, 2006

    The judgment of the Court of Appeals has been received by this court. Further proceedings in this court appear to be required. Counsel for the parties shall confer and then on or before **June 5, 2006**, they shall file a joint status report which outlines what steps they believe remain to be accomplished in order to conclude this matter.