IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT JUNEAU

JOSEPH FREDERICK, )
    Plaintiff )
v. )
                                        )   CASE NO. 1:02-cv-00008 (JWS)
DEBORAH MORSE, et al. )
    Defendants. )
_____ )

## JOINT STATUS REPORT

Pursuant to the Court's Order from Chambers dated May 4, 2006, counsel for the parties have conferred and now submit this Joint Status Report.

The Ninth Circuit Court of Appeals denied defendants' Petition for Rehearing and Petition for Rehearing En Banc on April 18, 2006. Defendants will file a Petition for Writ of Certiorari to the United States Supreme Court on or before July 17, 2006. The parties respectfully request that all further proceedings before this Court be stayed pending the Supreme Court's disposition of defendants' Petition and subsequent proceedings, if any, before that Court.

Counsel propose to file the next Status Report within 30 days of the Supreme Court's disposition of the Petition for Writ of Certiorari.

DATED: 6-1-06        DAVID C. CROSBY, P.C.

_____
David C. Crosby, ABA #7106006
5280 Thane Road
Juneau, Alaska 99801
(907) 586-6262
crosbylaw@gci.net

Attorney for Defendants Juneau
School Board and Deborah Morse

DATED: 6-1-06        DOUGLAS K. MERTZ

_____
Douglas K. Mertz, ABA #7505027
319 Seward Street, Suite 5
Juneau, Alaska 99801
(907) 586-4004
dkmertz@ak.net

Attorney for Plaintiff
Joseph Frederick

### CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2006, a copy of the Joint Status Report was served electronically on:

> Douglas K. Mertz
> 319 Seward Street, Suite 5
> Juneau, Alaska 99801

/s/ David C. Crosby
David C. Crosby