MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*JOSEPH FREDERICK*      v.   *DEBORAH MORSE, et al.*

THE HONORABLE JOHN W. SEDWICK            CASE NO. 1:02-cv-00008 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: June 5, 2006

    The court has reviewed the status report at docket 59, and it is **APPROVED**. This matter is stayed pending the outcome in the Supreme Court. Counsel shall file a status report within 30 days after the Supreme Court acts on the petition for certiorari.