RECEIVED
AUG 13 2007
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

FILED
AUG 07 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH FREDERICK,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>DEBORAH MORSE; JUNEAU SCHOOL BOARD,<br><br>Defendants - Appellees. | No. 03-35701<br><br>D.C. No. CV-02-8-JWS<br>District of Alaska<br>(Juneau)<br><br>ORDER |

Before: HALL, KLEINFELD, and WARDLAW, Circuit Judges

On June 25, 2007, the United States Supreme Court reversed this court's judgment and remanded for further proceedings. Therefore, appellant Joseph Frederick is no longer a prevailing party entitled to attorneys' fees on appeal. Accordingly, the May 22, 2006, order awarding attorneys' fees to appellant Frederick and referring the determination of the fee amount to the Appellate Commissioner is vacated.