IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOSEPH FREDERICK, )
)
Plaintiff, )
)
v. )
)
DEBORAH MORSE, et al., )
)
Defendants. )   Case No. J02-008 CV (JWS)
_____ )

DEFENDANTS' RENEWAL OF SUGGESTION OF MOOTNESS

On May 5, 2003, this Court entered judgment in favor of defendants the Juneau School Board and Deborah Morse ("the Board") on all state and federal constitutional claims brought by plaintiff Joseph Frederick ("Frederick") arising out of his discipline for displaying a banner reading "Bong Hits 4 Jesus" during a school sponsored and supervised student viewing of the Olympic Torch Relay as it passed Juneau Douglas High School.

That Judgment was subsequently reversed on federal constitutional grounds by the Ninth Circuit, which in turn was reversed by the United States Supreme Court. Morse v. Frederick, 551 U.S. __, 127 S.Ct 2618, 168 L.Ed.2d 290 (2007). Following remand to the Ninth Circuit, the Board promptly filed a Suggestion of Mootness and Motion to Dismiss Appeal. Frederick cross-moved, requesting the Ninth Circuit either (1) to decide his state constitutional

claims or (2) to certify the same to the Alaska Supreme Court, and -- somewhat inexplicably in light of the Supreme Court's full and final disposition of his federal law claims – (3) to remand for trial the question (a) of whether his banner was correctly deemed to advocate or celebrate drug use, and (b) whether his punishment was increased for quoting Thomas Jefferson.

Both motions were fully briefed to the Ninth Circuit. A complete set of pleadings filed with the Ninth Circuit is attached as Exhibit A.[1]

On August 23, 2007, after the Board had filed its Suggestion, but before Frederick filed his cross-motion, the Ninth Circuit entered an Order vacating its judgment and remanding to this Court for further consideration in light of the Supreme Court's decision. The parties nevertheless completed the briefing schedule, and on September 10, 2007, the Ninth Circuit entered a further order referring the Board's Suggestion and Frederick's cross-motion to this Court.

Unless this Court requests it, no further briefing is required to dispose of the cross-motions.

For the reasons set forth in its filings with the Ninth Circuit, the Board respectfully requests that the Court:

---

[1] For the Court's convenience, the Board has combined all pleadings and relevant orders into a single PDF attachment, with individual pleadings indexed in the "Bookmark" tab.

1. Vacate its Judgment of May 29, 2003, insofar as it dismissed on the merits Count II of Frederick's Complaint alleging violations of Alaska constitutional rights.

2. Enter an amended judgment dismissing as moot Count II of Frederick's Complaint alleging violation of Alaska constitutional rights, and entering final judgment in favor of defendants with respect to Count I of Frederick's Complaint alleging violation of federal constitutional rights.

A proposed form of order is attached.

Respectfully submitted this 18 day of September, 2007, at Juneau, Alaska.

          DAVID C. CROSBY, P.C.

          /s/ David C. Crosby
          David C. Crosby
          5280 Thane Road
          Juneau, AK 99801-7717
          Phone: (907) 586-6262
          Fax: (907) 586-5959
          E-mail: crosbylaw@gci.net
          Alaska Bar No. 7106006

          Attorney for Defendants

Exhibit A – Pleadings and Orders filed in the Ninth Circuit

1. June 25, 2007, decision of United States Supreme Court reversing and remanding to the Ninth Circuit Court of Appeals in Morse v. Frederick, 551 U.S. __, 127 S.Ct 2618, 168 L.Ed.2d 290 (2007).

2. July 31, 2007, Appellees' Suggestion of Mootness and Motion to Dismiss Appeal.

3. August 23, 2007, Ninth Circuit Order Vacating Judgment and Remanding

4. August 30, 2007, Appellant's Objection to Suggestion of Mootness and Motion for Further Proceedings and to Certify State Law Questions.

5. September 6, 2007, Appellees' Opposition to Motion for Further Proceedings and to Certify State Law Questions.

6. September 7, 2007, Reply Brief of Appellees Deborah Morse and Juneau School Board re Suggestion of Mootness and Motion to Dismiss Appeal.

7. September 11, 2007, Appellant's "Reply" to Opposition to Motion for Further Proceedings and to Certify State Law Questions.

8. September 10, 2007, Ninth Circuit order referring pending motions to district court.

## CERTIFICATE OF SERVICE

I hereby certify that on September ___, 2007, a copy of the foregoing document as well as proposed "Order Partially Vacating Judgment of May 29, 2003, and Directing Entry of Final Judgment in Favor of Defendants," was served electronically on: Douglas Mertz, 319 Seward Street, Suite 5, Juneau, AK 99801

/s/ David C. Crosby
David C. Crosby
5280 Thane Road
Juneau, AK 99801-7717
Phone: (907) 586-6262
Fax: (907) 586-5959
E-mail: crosbylaw@gci.net
Alaska Bar No. 7106006

JSDReferraltoDistrictCourtreMootness[1].JSD