Law Office of Douglas K. Mertz
319 Seward Street, Suite 5
Juneau, Alaska 99801
(907) 586-4004
(907) 586-4141 [fax]
dkmertz@ak.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH FREDERICK, ) | |
| ) | |
| Plaintiff, ) | No. J02 008 CV (JWS) |
| ) | |
| vs. ) | |
| ) | |
| DEBORAH MORSE and the JUNEAU ) | |
| SCHOOL BOARD, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON REMAND**

This case was remanded by the Court of Appeals to this court for further proceedings, following the U.S. Supreme Court decision regarding federal constitutional issues. Each party has filed memoranda regarding preferred outcomes. This court has considered all the memoranda, and has concluded that although the Supreme Court definitively ruled on certain issues, others remain. Therefore this court ORDERS:

1. As to federal issues, both sides may file summary judgment memoranda no later than 60 days from the date of this order regarding whether the plaintiff had sufficient political or social motives behind his banner display that the Tinker v. Des Moines standard shall apply; following briefing on these motions, the court will either issue judgment based thereon or set the matter for trial; and

1

2. As to the state issues, both sides may file one memorandum each within 45 days from this order describing the issues that may be appropriate for certification to the Alaska Supreme Court; following submission of those memoranda, the court will either make a certification to the Alaska Supreme Court or, if it finds certification not necessary or helpful, will issue such other orders as are appropriate at that time.

Dated at Anchorage, Alaska, this ____ day of _____, 2007.:

_____
John W. Sedwick, U.S. District Judge