IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOSEPH FREDERICK,            )
                             )
         Plaintiff,          )
                             )
    v.                       )
                             )
DEBORAH MORSE, et al.,       )
                             )
         Defendants.         )  Case No. J02-008 CV (JWS)
_____)

## DEFENDANTS' REPLY IN SUPPORT OF SUGGESTION OF MOOTNESS

Plaintiff's Opposition to Renewed Suggestion of Mootness and Cross-Suggestion Regarding Relief on Remand requires no response. The mandate of the Ninth Circuit issued on September 17, 2007. The Cross-Motions are fully briefed and are ready for ruling by the Court.

Respectfully submitted this 21 day of September, 2007, at Juneau, Alaska.

DAVID C. CROSBY, P.C.

/s/ David C. Crosby
David C. Crosby
5280 Thane Road
Juneau, AK 99801-7717
Phone: (907) 586-6262
Fax: (907) 586-5959
E-mail: crosbylaw@gci.net
Alaska Bar No. 7106006

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2007, a copy of the foregoing document was served electronically on: Douglas Mertz, 319 Seward Street, Suite 5, Juneau, AK 99801

/s/ David C. Crosby
David C. Crosby
5280 Thane Road
Juneau, AK 99801-7717
Phone: (907) 586-6262
Fax: (907) 586-5959
E-mail: crosbylaw@gci.net
Alaska Bar No. 7106006

DefendantReply.JSD