**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

   JOSEPH FREDERICK     v.    DEBORAH MORSE, et al

THE HONORABLE JOHN W. SEDWICK       CASE NO.   1:02-cv-00008-JWS

Deputy Clerk

Robin M. Carter

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

      The parties have filed copies of motion papers filed in the Ninth Circuit on the docket of this court based on the appellate court's apparent decision that this court should consider them. However, this court has not yet received a mandate from the Ninth Circuit and so does not yet have jurisdiction to act.

The Clerk is directed to cease tracking the motion at docket 62. The motion at docket 62 and all of the related motion papers shall be deemed to be filed in this court on the same day the mandate from the Ninth Circuit is filed. At that point the Clerk is directed to start tracking the motion as if it had been filed on the same day that the mandate was filed.

ENTERED AT JUDGE'S DIRECTION

DATE:  September 24, 2007              INITIALS:  rmc
                                                 Deputy Clerk

[FORMS*IA*]