FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH FREDERICK,<br>    *Plaintiff-Appellant,*<br>v.<br>DEBORAH MORSE; JUNEAU SCHOOL BOARD,<br>    *Defendants-Appellees.* | No. 03-35701<br>D.C. No.<br>CV-02-00008-J-JWS<br>District of Alaska,<br>Juneau<br>ORDER |

On Remand from the
United States Supreme Court

Filed August 23, 2007

Before: Cynthia Holcomb Hall, Andrew J. Kleinfeld, and
Kim McLane Wardlaw, Circuit Judges.

---

## ORDER

Pursuant to the mandate of the Supreme Court, our judgment is vacated and the case is remanded to the District Court of Alaska for further consideration in light of *Morse v. Frederick*, 551 U.S. ___, 127 S. Ct. 2618, 168 L.Ed.2d 290 (2007).

IT IS SO ORDERED.

10301

```
                                                          MOATT   INVATT
                                                          REOPEN
                                                                      i
INTERNAL USE ONLY: Proceedings include all events.
03-35701 Frederick, et al v. Morse, et al

JOSEPH FREDERICK                    Douglas K. Mertz, Esq.
     Plaintiff - Appellant          FAX 907/586-4141
                                    907/586-4004
                                    Suite 5
                                    [COR LD NTC ret]
                                    LAW OFFICE OF DOUGLAS K. MERTZ
                                    319 Seward Street
                                    Juneau, AK 99801


    v.


DEBORAH MORSE                       David C. Crosby, Esq.
     Defendant - Appellee           FAX 907/586-5959
                                    907/586-6262
                                    [COR LD NTC ret]
                                    DAVID C. CROSBY, P.C.
                                    5280 Thane Road
                                    Juneau, AK 99801-7717


JUNEAU SCHOOL BOARD                 David C. Crosby, Esq.
     Defendant - Appellee           (See above)
                                    [COR LD ret]


------------------------

STUDENT PRESS LAW CENTER, THE       Michele L. Earl-Hubbard, Esq.
FIRST AMENDMENT PROJECT,            FAX 206/757-7700
PACIFIC NORTHWEST ASSOCIATION       206/622-3150
OF JOURNALISM EDUCATORS,            Suite 2200
THOMAS JEFFERSON CENTER FOR         [COR LD NTC ret]
THE PROTECTION OF FREE EXPRESS,     DAVIS WRIGHT & TREMAINE, LLP
and THE VILLAGE VOICE               1201 Third Ave.
     Amicus                         Seattle, WA 98101-3045




Docket as of August 8, 2007 11:02 pm              Page 2    NON-PUBLIC
```