UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 10 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH FREDERICK,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>DEBORAH MORSE; et al.,<br><br>    Defendants - Appellees. | No. 03-35701<br><br>D.C. No. CV-02-00008-J-JWS<br>District of Alaska,<br>Juneau<br><br>ORDER |

RECEIVED
OCT 09 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before: HALL, KLEINFELD, and WARDLAW, Circuit Judges.

This case has been remanded to the District Court of Alaska. Therefore, appellees' suggestion of mootness and motion to dismiss filed on August 2, 2007, along with appellant's objection to said suggestion and motion filed on August 31, 2007, are referred to the District Court for consideration.