## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Joseph Frederick,
      Plaintiff,

                                  Case Number J02-0008 CV (JWS)

v.

DEBORAH MORSE, et al.,
      Defendants.             **NOTICE OF FILING AMENDED JUDGMENT [PROPOSED] IN A CIVIL CASE**

      Pursuant to this Court's Order of October 10, 2007, defendants submit the attached Amended Judgment [Proposed] In A Civil Case.

      DATED this 22 day of October, 2007, at Juneau, Alaska.

                                    DAVID C. CROSBY, PC

                                    /s/ David C. Crosby
                                    David C. Crosby
                                    5280 Thane Road
                                    Juneau, AK 99801-7717
                                    Phone: (907) 586-6262
                                    Fax: (907) 586-5959
                                    E-mail: crosbylaw@gci.net
                                    Alaska Bar No. 7106006

                                    Attorney for Defendants

                                CERTIFICATE OF SERVICE

      I hereby certify that on October 22, 2007, a copy of the foregoing was served electronically on: Douglas Mertz.

                                    /s/ David C. Crosby
                                    David C. Crosby
                                    5280 Thane Road
                                    Juneau, AK 99801-7717
                                    Phone: (907) 586-6262
                                    Fax: (907) 586-5959
                                    E-mail: crosbylaw@gci.net
                                    Alaska Bar No. 7106006