UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JOSEPH FREDERICK,
    Plaintiff,

Case Number 1:02-cv-00008 (JWS)

v.

DEBORAH MORSE, et al.,
    Defendants.

**AMENDED JUDGMENT**
**IN A CIVIL CASE**

**AMENDED JUDGMENT IN A CIVIL CASE**

    This action came on for hearing before the Court. The issues were heard and a decision was rendered on October 10, 2007, vacating pro tanto the court's Judgment of May 29, 2003, insofar only as it dismissed the plaintiff's claims for relief under Count II of the Complaint, alleging violations of Alaska Constitutional Rights. The Judgment of May 29, 2003, is accordingly amended as follows:

    **IT IS ORDERED AND ADJUDGED**

    1.    Plaintiff shall take nothing from defendants with respect to COUNT I of his complaint alleging violation of federal constitutional rights; and

    2.    COUNT II of plaintiff's complaint alleging violation of state constitutional rights is dismissed as moot.

    3.    Pursuant to the Magistrate Judge's Order of December 2, 2003, costs are taxed in favor of defendants against plaintiff in the amount of $2,124.53, with interest from that date.

APPROVED:

/s/ JOHN W. SEDWICK
John W. Sedwick
United States District Judge

October 23, 2007                                      Ida Romack
Date:                                              Clerk

                                                            Robin M. Carter
                                                       (By) Deputy Clerk

1