Law Office of Douglas K. Mertz
319 Seward Street, Suite 5
Juneau, Alaska 99801
(907) 586-4004
(907) 586-4141 [fax]
dkmertz@ak.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH FREDERICK, ) | |
| ) | |
| Plaintiff, ) | No. JO2 008 CV (JWS) |
| ) | |
| vs. ) | |
| ) | |
| DEBORAH MORSE and the JUNEAU ) | **NOTICE OF APPEAL** |
| SCHOOL BOARD, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Notice is hereby given that Joseph Frederick, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment in this action signed by the court and filed by the clerk on October 23, 2007

November 20, 2007

_____
Douglas K. Mertz
Attorney for Plaintiff Joseph Frederick