A-11 (rev. 7/00)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2



| USCA DOCKET # (IF KNOWN) |
|---|
|  |

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: Joseph Frederick, Appellant v. Deborah Morse and Juneau School Board, Appellees | DISTRICT: Alaska | JUDGE: Hon. J. Sedwick |
|---|---|---|
| | DISTRICT COURT NUMBER: CV-02-00008-J-JWS | |
| | DATE NOTICE OF APPEAL FILED: 11/~~15~~3/07 | IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): 03-35701, 439 F.3d 1114 (9th Cir. 2006) | |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:** Filed as civil rights suit for violation of free speech on federal and state grounds. After Supreme Court decision on federal issues, remanded to District Court, which dismissed as to remaining federal and state issues.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:** 1) Did the District Court properly dismiss the state constitutional issues as moot? 2) Did the District Court properly rule that all federal issues were disposed of by the Supreme Court so nothing remained to be adjudicated?

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):**

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☒ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☒ FEDERAL QUESTION | ☒ FINAL DECISION OF DISTRICT COURT | ☐ DEFAULT JUDGMENT | ☐ DAMAGES: SOUGHT $ unspecified AWARDED $ 0 |
| ☐ DIVERSITY | ☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | ☐ DISMISSAL/JURISDICTION | |
| | | ☐ DISMISSAL/MERITS | ☒ INJUNCTIONS: |
| ☒ OTHER (SPECIFY): Pendent state issue | ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): | ☐ SUMMARY JUDGMENT | ☐ PRELIMINARY |
| | | ☐ JUDGMENT/COURT DECISION | ☒ PERMANENT |
| | | ☐ JUDGMENT/JURY VERDICT | ☐ GRANTED |
| | | ☐ DECLARATORY JUDGMENT | ☒ DENIED |
| | ☐ OTHER (SPECIFY): | ☒ JUDGMENT AS A MATTER OF LAW | ☐ ATTORNEY FEES: SOUGHT $ _____ AWARDED $ _____ |
| | | ☐ OTHER (SPECIFY): | ☐ PENDING |
| | | | ☐ COSTS: $ 2124.53 |

### CERTIFICATION OF COUNSEL

I CERTIFY THAT:
1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

Signature: [signed]   Date: 11/20/07

### COUNSEL WHO COMPLETED THIS FORM

NAME: Douglas K. Mertz
FIRM: Law Office of Douglas K. Mertz
ADDRESS: 319 Seward Street, Juneau, Alaska 99801
E-MAIL: dkmertz@ak.net
TELEPHONE: 907 586-4004
FAX: 907 586-4141

*THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL*
*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

JOSEPH FREDERICK,
    Plaintiff,

Case Number 1:02-cv-00008 (JWS)

v.

DEBORAH MORSE, et al.,
    Defendants.

**AMENDED JUDGMENT IN A CIVIL CASE**

## AMENDED JUDGMENT IN A CIVIL CASE

This action came on for hearing before the Court. The issues were heard and a decision was rendered on October 10, 2007, vacating pro tanto the court's Judgment of May 29, 2003, insofar only as it dismissed the plaintiff's claims for relief under Count II of the Complaint, alleging violations of Alaska Constitutional Rights. The Judgment of May 29, 2003, is accordingly amended as follows:

**IT IS ORDERED AND ADJUDGED**

1. Plaintiff shall take nothing from defendants with respect to COUNT I of his complaint alleging violation of federal constitutional rights; and

2. COUNT II of plaintiff's complaint alleging violation of state constitutional rights is dismissed as moot.

3. Pursuant to the Magistrate Judge's Order of December 2, 2003, costs are taxed in favor of defendants against plaintiff in the amount of $2,124.53, with interest from that date.

APPROVED:

/s/ JOHN W. SEDWICK
John W. Sedwick
United States District Judge

October 23, 2007
Date:

        Ida Romack
Clerk

        Robin M. Carter
(By) Deputy Clerk

1

Law Office of Douglas K. Mertz
319 Seward Street, Suite 5
Juneau, Alaska 99801
(907) 586-4004
(907) 586-4141 [fax]
dkmertz@ak.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOSEPH FREDERICK, | ) | |
| | ) | |
| Plaintiff, | ) | No. JO2 008 CV (JWS) |
| | ) | |
| vs. | ) | |
| | ) | **REPRESENTATION STATEMENT** |
| DEBORAH MORSE and the JUNEAU SCHOOL BOARD, | ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Ninth Circuit Court of Appeals Circuit Rule 3-2, the following are the parties and their counsel at the current time:

*Plaintiff*: Joseph Frederick
Counsel for Plaintiff: Douglas K. Mertz, Law Office of Douglas K. Mertz, 319 Seward Street, Juneau, Alaska 99801; 907 586-4004; 907 586-4141 [fax]; dkmertz@ak.net [email].

*Defendants*: Deborah Morse and the Juneau School Board.
Counsel for all defendants: David C. Crosby, David C. Crosby, P.C., 5280 Thane Road, Juneau, Alaska 99801; 907 586-6262; 907 586-5959 [fax]; crosbylaw@gci.net [email].

November 20, 2007

_____
Douglas K. Mertz
Attorney for the Plaintiff