UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Joseph Frederick,
    Plaintiff,

v.

DEBORAH MORSE et al.,
    Defendants.

Case Number J02-0008 CV (JWS)

**DEFENDANTS' NOTICE OF REGISTRATION OF JUDGMENT**

Pursuant to 28 U.S.C. § 1963, defendants The Juneau School Board and Deborah Morse submit the attached certified copy of the judgment of the United States Supreme Court, entered on June 25, 2007, in <u>Morse v. Frederick</u>, Supreme Court No. 06-278, for registration.

DATED this 26 day of November, 2007, at Juneau, Alaska.

DAVID C. CROSBY, PC

/s/ David C. Crosby
David C. Crosby
5280 Thane Road
Juneau, AK 99801-7717
Phone: (907) 586-6262
Fax: (907) 586-5959
E-mail: crosbylaw@gci.net
Alaska Bar No. 7106006

Attorney for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, a copy of the foregoing was served

David C. Crosby, P.C.
5280 Thane Road
Juneau, AK 99801-7717
(907) 586-6262   FAX (907) 586-5959
E-mail: crosbylaw@gci.net

electronically on: Douglas Mertz.

/s/ David C. Crosby
David C. Crosby
5280 Thane Road
Juneau, AK 99801-7717
Phone: (907) 586-6262
Fax: (907) 586-5959
E-mail: crosbylaw@gci.net
Alaska Bar No. 7106006

Attorney for Defendants

NoticeOfRegistration.JSD