# Supreme Court of the United States

No.     06-278

**DEBORAH MORSE, ET AL.,**

Petitioners

v.

**JOSEPH FREDERICK**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners Deborah Morse, et al., recover from Joseph Frederick Two Thousand Eight Hundred Thirty-six Dollars and Ninety-four Cents for costs herein expended.

June 25, 2007

| | |
|---|---|
| Printing of record: | $2,536.94 |
| Clerk's costs: | 300.00 |
| Total: | $2,836.94 |

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____
            Chief Deputy