```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

      #  00131823  -  NL
      November 26, 2007


   Code   Case #   Qty      Amount

   086900-F 02-8            105.00 CK
   510000-C 02-8            150.00 CK
   086400-R 02-8            200.00 CK


   TOTAL→                   455.00



   FROM: LAW OFFICE OF DOUGLASS K MERTZ
         APPEAL FILING FEE
         1:02-CV-0008-JWS
```