```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE J02-0008--CV (JWS)
                         "JOSEPH FREDERICK V DEBORAH MORSE ET AL"

                  Including terminated parties, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable Mary E. Guss, U.S. Magistrate Judge
      Referral Rule:  MJ4(13)
              Filed:  04/25/02
             Closed:  05/30/03

       Jurisdiction:  (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit:  (440) Other Civil Rights
                      42 USC 1983
             Origin:  (1) Original Proceeding
             Demand:  99999
         Filing fee:  Paid $150.00 on 04/25/02 receipt # 10096572
           Trial by:  Court



Parties of Record:                                  Counsel of Record:

PLF 1.1            FREDERICK, JOSEPH                     Douglas K. Mertz
                                                         Law Office of Douglas K. Mertz
                                                         319 Seward Street, Suite 5
                                                         Juneau, AK 99801
                                                         907-586-4004

DEF 1.1            MORSE, DEBORAH                        David C. Crosby
                                                         5280 Thane Road
                                                         Juneau, AK 99801-7717
                                                         907-586-6262
                                                         FAX 907-586-5959

DEF 2.1            JUNEAU SCHOOL BOARD                   David C. Crosby
                                                         (see above)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE J02-0008--CV (JWS)
                           "JOSEPH FREDERICK V DEBORAH MORSE ET AL"

                                       For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable Mary E. Guss, U.S. Magistrate Judge
     Referral Rule:  MJ4(13)
             Filed: 04/25/02
            Closed: 05/30/03

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights
                    42 USC 1983
            Origin: (1) Original Proceeding
            Demand: 99999
        Filing fee: Paid $150.00 on 04/25/02 receipt # 10096572
          Trial by: Court


 Document #   Filed      Docket text
 ──────────   ─────      ───────────
     1 -  1  04/25/02   Complaint filed.

     2 -  1  05/02/02   DEF 1-2 Attorney Appearance by A. Gross.

     3 -  1  05/08/02   DEF 1-2 Attorney Appearance by S. Burke.

     4 -  1  06/07/02   DEF 1-2 Unopposed motion for leave to withdraw as counsel.

     5 -  1  06/07/02   DEF 1-2 Attorney Substitution.

     6 -  1  06/07/02   DEF 1-2 Attorney Appearance by D. Crosby.

     4 -  2  06/13/02   Order granting unopposed motion for leave to withdraw as counsel. (4-1)
                        cc: cnsl

     7 -  1  06/24/02   DEF 1-2 Answer to Complaint.

     8 -  1  07/02/02   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 21 days. cc: cnsl

     9 -  1  07/17/02   DEF 1-2 Response to 7/2/02 Order at 8-1 re: planning meeting w/discovery
                        to close 1/13/03.

    10 -  1  08/01/02   JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                        01/13/03; disp mots ddln 02/13/03; 3 day TBC estimate. cc: cnsl

    11 -  1  11/15/02   PLF 1 [Final] Witness List.

    12 -  1  11/18/02   DEF 1-2 [Final] Witness List.

    13 -  1  12/02/02   DEF 1-2 motion for partial summary judgment re immunity w/att exhibits
                        and declaration.

    14 -  1  12/03/02   DEF 1-2 motion for partial summary judgment re immunity from punitive
                        damages under Alaska law.

    15 -  1  12/18/02   PLF 1 Stipulation extending to 1/6/03 oppositions to motions for partial
                        summary judgment at 13-1, 14-1.
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE J02-0008--CV (JWS)
                       "JOSEPH FREDERICK V DEBORAH MORSE ET AL"

                                 For all filing dates

Document #    Filed      Docket text

   15 -   2   01/03/03   Order granting Stipulation extending to 1/6/03 oppositions to motions
                         for partial (15-1) cc: cnsl

   16 -   1   01/06/03   PLF 1 opposition to DEF 1-2 motion for partial summary judgment re
                         immunity. (13-1), DEF 1-2 motion for partial summary judgment re
                         immunity from punitive damages under Alaska law (14-1) w/att exhs.

   17 -   1   01/13/03   Stipulation and Order ext discovery to 2/13/03; ext to 1/22/03 plf reply
                         to mot for partial sj re immunity at 13-1. cc: cnsl

   18 -   1   01/22/03   PLF 1 motion for summary judgment as to entitlement to injunctive and
                         declaratory relief w/att memo and exhs.

   19 -   1   01/24/03   DEF 1-2 reply to opposition to DEF 1-2 motion for partial summary
                         judgment re immunity (13-1) and DEF 1-2 motion for partial summary
                         judgment re immunity from punitive damages under Alaska law w/att
                         declarations. (14-1)

   20 -   1   02/10/03   Stipulation and Order extending to 2/19/03 def opposition w/cross motion
                         to motion for summary judgment (18-1) and extending to 3/12/03 plf oppo
                         to cross motion and reply in support of motion for summary judgment. cc:
                         cnsl

   21 -   1   02/21/03   DEF 1-2 motion [Cross] for summary judgment on the merits;

   21 -   2   02/21/03   DEF 1-2 opposition to PLF 1 motion for summary judgment as to
                         entitlement to injunctive and declaratory relief w/att memo and exhs.
                         (18-1)

   22 -   1   03/12/03   PLF 1 opposition to DEF 1-2 motion [Cross] for summary judgment on the
                         merits w/att exhs; (21-1)

   22 -   2   03/12/03   PLF 1 reply to opposition to PLF 1 motion for summary judgment as to
                         entitlement to injunctive and declaratory relief w/att exhs. (18-1)

   23 -   1   03/28/03   DEF 1-2 reply to opposition to DEF 1-2 motion [Cross] for summary
                         judgment on the merits (21-1) w/att exhs.

   24 -   1   03/28/03   DEF 1-2 Request for Oral Argument re: PLF 1 mot for sj as to entitlement
                         to injunctive and declaratory relief (18-1), DEF 1-2 cross-mot for sj on
                         the merits (21-1).

   25 -   1   04/25/03   JWS Minute Order setting o/a on cross-mots for sj at Juneau, AK, on
                         6/17/03 at 9:00 a.m.; argument may have to be telephonic in Anchorage
                         depending on trial calendar; 20 min per side. cc: cnsl, Divisional
                         Deputy, ECR

   26 -   1   05/02/03   PLF 1 Unopposed motion to reschedule oral argument from 6/17/03 to week
                         of 7/28/03.

   27 -   1   05/07/03   JWS Minute Order denying unoppo mot to reschedule oral argument from
                         6/17/03 to week of 7/28/03 (26-1); o/a reset to 6/10/03 at 8:00 a.m. and
                         will be held telephonically in Anc; plf to arrange for telephone
                         connection; o/a may be held in Juneau if 6/9/03 Anc trial doesn't
                         proceed. cc: cnsl, ECR, Divisional Deputy

   28 -   1   05/12/03   DEF 1-2 Stipulation withdrawing request for oral argument.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE J02-0008--CV (JWS)
                            "JOSEPH FREDERICK V DEBORAH MORSE ET AL"

                                       For all filing dates


Document #    Filed      Docket text

  28 -   2   05/12/03   Clerk's Notice approving stip w/drwing req for o/a (28-1).

  29 -   1   05/27/03   JWS Order granting motion for partial summary judgment re immunity
                        (13-1), motion for partial summary judgment re immunity from punitive
                        damages (14-1); plf's mot at #18 probably should be denied & defs' x-mot
                        for SJ at #21 probably should be denied in part & granted in part. cc:
                        cnsl

  30 -   1   05/29/03   JWS Minute Order approving stip w/drwing req for o/a; 6/10/03 o/a at
                        Anchorage is vacated. cc: cnsl

  31 -   1   05/29/03   JWS Minute Order denying mot for sj as to entitlement to injunctive and
                        declaratory (18-1); granting mot [cross] for sj on the merits (21-1).
                        cc: cnsl

  32 -   1   05/30/03   JWS Judgment that plf take nothing from defs and that defs recover their
                        costs from plaintiff.  cc: cnsl, O&J file

  33 -   1   06/10/03   DEF 1-2 Notice of cost bill hearing for 6/16/03, 10:00 a.m., at Juneau.

  33A-   1   06/10/03   DEF 1-2 Bill of Costs.

  34 -   1   06/10/03   PLF 1 motion for extension of time to respond to bill of costs.

  35 -   1   06/10/03   PLF 1 motion for extension of time to file appeal.

  36 -   1   06/12/03   Clerk's Notice vacating 6/16/03 cost bill hrg pending ruling on def's
                        mot for ext of time to respond to bill of costs. cc: cnsl

  37 -   1   06/13/03   DEF 1-2 non-opposition to PLF 1 motion for extension of time to respond
                        to bill of costs. (34-1)

  38 -   1   06/13/03   DEF 1-2 non-opposition to PLF 1 motion for extension of time to file
                        appeal. (35-1)

  39 -   1   06/19/03   JWS Minute Order granting motion for extension of time to respond to
                        bill of costs (34-1), motion for extension of time (to 7/21/03) to file
                        appeal (35-1). cc: cnsl, Ida

  40 -   1   07/11/03   PLF 1 Objections to defs' cost bill.

  41 -   1   07/15/03   DEF 1-2 Reply to Plf Objections to costs bill.

  42 -   1   07/17/03   PLF 1 appeal to 9CCA of (32-1) filed 05/30/03. cc: cnsl, Judge, 9CCA
                        w/CADS & Representation Statement

  43 -   1   07/18/03   Cy 9CCA Certificate of Record. (42-1) cc: cnsl, 9CCA (orig)

  44 -   1   08/07/03   Clerk's Notice taxing costs in favor of defendants and against plaintiff
                        i amount of $2,124.53. cc: cnsl

  45 -   1   08/12/03   DEF 1-2 appeal from clerk's taxation of costs.

  46 -   1   08/12/03   JWS Minute Order that case referred to MJ Pallenberg per MJ Rule 4(13)
                        for judicial review of clerk's taxation of costs. (44-1) cc: cnsl, MJ


ACRS: R_VDSDX                  As of 02/07/06 at 1:50 PM by NON-NET                      Page 3
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE J02-0008--CV (JWS)
                          "JOSEPH FREDERICK V DEBORAH MORSE ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 47 - 1 | 08/13/03 | PLF 1 motion [Request] to file opposition to defendants' appeal from clerk's taxation of costs. |
| 48 - 1 | 08/15/03 | PMP Minute Order recusal of MJ Pallenberg, case reassigned to MJ Guss. cc: cnsl, Judge Sedwick, MJ Guss |
| 49 - 1 | 08/19/03 | DEF 1-2 reply to opposition to defendants appeal (45-1) from clerk's taxation of costs. (Opposition lodged at 47-1) |
| 50 - 1 | 09/02/03 | MEG Order granting motion [Request] to file opposition to defendants' appeal from clerk's (47-1) taxation; opposition due 9/15/03; def may file 3-page reply or let 8/19 reply serve. cc: cnsl, Judge |
| 51 - 1 | 09/09/03 | Cy 9CCA Time Schedule Order. (42-1) cc:cnsl, Judge Sedwick |
| 52 - 1 | 09/15/03 | PLF 1 opposition to defendants' appeal from clerk's taxation. (47-1) |
| 53 - 1 | 09/22/03 | DEF 1-2 supplemental reply to opposition to bill of costs. |
| 54 - 1 | 12/02/03 | MEG Order affirming clerk's taxation of costs. (44-1) cc: cnsl, Judge |
| NOTE - 1 | 06/09/04 | Notation: Entire record of (3) Vols original clerk's file forwarded to 9CCA. |