Law Office of Douglas K. Mertz
319 Seward Street, Suite 5
Juneau, Alaska 99801
(907) 586-4004
(907) 586-4141 [fax]
dkmertz@ak.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH FRECERICK, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEBORAH MORSE and the JUNEAU ) <br> SCHOOL BOARD, ) <br> ) <br> Defendants. ) <br> _____ ) | No. JO2 008 CV (JWS) |

### DECLARATION OF DOUGLAS K. MERTZ

Douglas K. Mertz, declares and states on oath as follows:

1. I am the attorney for Joseph Frederick in this matter.

2. In late December, 2007, I received a notice of deposition to Joseph Frederick as "judgment debtor," setting on a deposition for February 1, 2008, and several interrogatories and requests for production related to his financial status. I sent them on to Mr. Frederick, who is living and teaching high school English in the Peoples Republic of China.

3. Mr. Frederick confirmed for me that he could not afford to fly back to Juneau as requested and

1

did not have a lot of the materials requested with him. He also said he could not leave his job at the school but would send an affidavit about his assets and earnings, work on the other information requested, and would do his deposition by telephone if needed.

4. I did receive his affidavit from him, after a lengthy delay in the mail. It is attached as exhibit A.

5. I wrote to David Crosby, attorney for the School Board defendants, related what Mr. Frederick had told me about his inability to come to Juneau, and offered a telephone deposition instead. I also pointed out that the case was not yet final and it was not at all clear that Mr. Frederick would ever end up owing money to the defendants. I also offered him Mr. Frederick's affidavit showing that he had no assets that could be seized anyway. (My email to Mr. Crosby and his response are attached as exhibit B.)

6. Mr. Crosby responded (exhibit B) refusing to substitute a telephonic deposition and refusing my offer to provide the materials he wanted informally. He also refused to even look at Mr. Frederick's affidavit attesting that he had no seizable assets.

7. Mr. Crosby, in the attached email response, claims that he is justified in requiring Mr. Frederick to travel to Juneau because Mr. Frederick supposedly traveled at this own expense to Washington D.C. for the Supreme Court oral argument in this case and to Juneau last summer. These claims are completely wrong. He could not come to the oral argument, because he lacked the funds and could not leave his teaching job in China; I know he remained there since I called him in China right after the argument. And he did not come to Juneau last summer at this own expense; my office arranged for his way to be paid to Juneau by several interested citizens who wanted him to be part of a Fourth of July Parade float in support of Free Speech.

Law Office of Douglas K. Mertz
319 Seward Street, Suite 5, Juneau, Alaska 99801
(907) 586-4004, 586-4141 [fax], dkmertz@ak.net

**Law Office of Douglas K. Mertz**
319 Seward Street, Suite 5, Juneau, Alaska 99801
(907) 586-4004, 586-4141 [fax], dkmertz@ak.net

Dated: January 22, 2008

/s/ Douglas K. Mertz
_____
Law Office of Douglas K. Mertz
319 Seward Street, Ste 5
Juneau, Alaska 99801
907 586-4004
907 586-4141 [fax]
dkmertz@ak.net [email]
Alaska Bar No. 7505027
Attorney for Joseph Frederick