# AFFIDAVIT

The following sworn statement is true and correct to the very best of my knowledge.

1. That my name is Joseph Baker Frederick.
2. That my current residence is in the Peoples Republic of China.
3. That I teach English at a University in China.
4. That my teaching salary is approximately $650 USD per month.
5. That I am also a student studying the Mandarin Chinese language and Chinese history.
6. That my current teaching salary covers my living expenses, tuition, and books with basically nothing left over.
7. That I have no current assets in the United States or in the Peoples Republic of China or anywhere else.
8. That I do not own any property, vehicles, or have any bank accounts in the United States.
9. That I owe on both a Visa and MasterCard credit card, and I have been unable to make payments on these cards and I have been in default.
10. That I may have to consider a personal bankruptcy when I return to the United States.
11. That I will consider all my options upon my return.
12. That I have a single Chinese bank account that has minimal savings and is utilized for the deposit of my monthly teaching salary.

The above information is sworn and attested to this day 24 of December 2007 as being true and correct.

Joseph Baker Frederick

I hereby certify that I am an official authorized to take acknowledgments and that Joseph Frederick appeared before me on this date and made the above sworn statement.



name

title

date

A.2