# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Joseph Frederick,    )    Case Number J02-0008 CV (JWS)
          Plaintiff,   )
                )
     v.           )
                )
Deborah Morse, et al.,  )
          Defendants. )    DEFENDANTS' CROSS-MOTION
_____)    TO COMPEL DISCOVERY

Defendants move to compel answers to discovery for the reasons set out

in  Defendants Memorandum in Opposition to Motion to Quash Deposition

Notice and Financial Discovery, and in Support of Defendant's Cross Motion to

Compel Discovery filed herewith.

DATED this 25 day of January, 2008, at Juneau, Alaska.

/s/  David C. Crosby
David C. Crosby
5280 Thane Road
Juneau, AK 99801-7717
Phone: (907) 586-6262
E-mail: crosbylaw@gci.net
Alaska Bar No. 7106006

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, a copy of the foregoing document,
Defendants' Notice of Deposition Continuance and proposed Order Compelling

David C. Crosby, P.C.
5280 Thane Road
Juneau, AK 99801-7717
(907) 586-6262    FAX (907) 586-5959
E-mail: crosbylaw@gci.net

Discovery were served electronically on: Douglas Mertz, 319 Seward Street, Suite 5, Juneau, AK 99801.

/s/ David C. Crosby
David C. Crosby
5280 Thane Road
Juneau, AK 99801-7717
Phone: (907) 586-6262
E-mail: crosbylaw@gci.net
Alaska Bar No. 7106006

OppositionMotionQuash.JSD