UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Joseph Frederick,<br>      Plaintiff,<br><br>v.<br><br>Deborah Morse, et al.,<br>      Defendants. | Case Number J02-0008 CV (JWS)<br><br>DEFENDANTS' OPPOSITION TO MOTION TO QUASH DEPOSITION NOTICE AND FINANCIAL DISCOVERY |

Defendants oppose Plaintiff's Motion to Quash Deposition Notice and Financial Discovery for the reasons stated in Defendants Memorandum in Opposition to Motion to Quash Deposition Notice and Financial Discovery, and in Support of Defendant's Cross Motion to Compel Discovery filed herewith.

DATED this 25 day of January, 2008, at Juneau, Alaska.

        /s/ David C. Crosby
        David C. Crosby
        5280 Thane Road
        Juneau, AK 99801-7717
        Phone: (907) 586-6262
        E-mail: crosbylaw@gci.net
        Alaska Bar No. 7106006

        Attorney for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, a copy of the foregoing document, Defendants' Notice of Deposition Continuance and proposed Order Compelling

Discovery were served electronically on: Douglas Mertz, 319 Seward Street, Suite 5, Juneau, AK 99801.

/s/ David C. Crosby
David C. Crosby
5280 Thane Road
Juneau, AK 99801-7717
Phone: (907) 586-6262
E-mail: crosbylaw@gci.net
Alaska Bar No. 7106006

OppositionMotionQuash.JSD