UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Joseph Frederick,
    Plaintiff,

v.

Deborah Morse, et al.,
    Defendants.

Case Number J02-0008 CV (JWS)

DEFENDANTS'
INTERROGATORIES TO
JUDGMENT DEBTOR

## INTRODUCTION

Pursuant to Federal Rules of Civil Procedure, Rules 69(a)(2) and 33, defendants propound the following interrogatories to plaintiff in aid of the judgments entered herein.

The interrogatories should be answered in full and the original returned to this office within thirty days (30) after the date of service. You should respond to each interrogatory in accordance with the instructions and definitions set forth below. The interrogatories are continuing in nature within the meaning of Civil Rule 26.

## INSTRUCTIONS

1.    You are required to answer these interrogatories in the space provided, attaching additional sheets if necessary to a complete answer. Do not

David C. Crosby, P.C.
5280 Thane Road
Juneau, AK 99801-7717
(907) 586-6262  FAX (907) 586-5959
E-mail: crosbylaw@gci.net

Attachment A
Page 1 of 19

retype this document unless you retype it in its entirety, including instructions, definitions and Interrogatories.

2. In answering these interrogatories, you are required to furnish all information that is available to you, not merely such information as you know of your own personal knowledge, including information in the possession of your attorneys, or other persons directly or indirectly employed by or connected with you, or your attorneys, or anyone acting on your behalf or otherwise subject to your control.

3. In answering these interrogatories, you are required to make a diligent search of your records and of other papers and materials in your possession available to you or your representatives.

4. If you cannot answer any interrogatory in full, answer to the extent possible, explain why you cannot answer the remainder and state the nature of the information and knowledge that you cannot furnish.

5. If an interrogatory has subparts, answer each subpart in full by way of amplifying, and not limiting, your answer to the interrogatory as a whole.

6. If your answer to any of the interrogatories derives from a document, identify the document and forward a copy thereof as indicated in the definition of "identify" below.

7. If you contend that any document" or "communication" that is

responsive to any interrogatory propounded herein is privileged for any reason whatsoever, identify each such document or communication in your answer to each interrogatory or subpart thereof as to which that document or communication is responsive and state

    (a) the legal basis on which you claim protections against answering;

    (b) the date of the document or communication;

    (c) the nature of the document or communication (e.g., letter, phone conversation);

    (d) the full name, job title and employer for each author of the document or communication;

    (e) the full name, job title, and employer of each addressee and named recipient of the document;

    (f) the full name, job title, and employer of each person who to your knowledge has seen or heard the document or communication; and

    (g) in general, the subject matter of the document or communication.

## DEFINITIONS

Unless the context clearly indicates otherwise, the following terms and phrases are defined and used herein as follows (not all defined terms may appear in the interrogatories that follow; please disregard any inapplicable definitions):

1. The terms **you** and **your** mean plaintiff, Joseph Frederick, and if applicable the spouse of Joseph Frederick.

2. The terms **person** and **persons** mean and include all entities of any description including, without limiting the generality of the foregoing, all individuals, associations, companies, sole proprietorships, partnerships, joint ventures, corporations, trusts and estates, subsidiaries, parents, or any person employed or retained by any of the foregoing.

3. The terms **representative** and **representatives** mean and include any person (as defined in definition No. 2 above) (a) that is, or at any time was, an employee, officer, director, attorney, predecessor, successor, parent, subsidiary, partner, assignee or assignor of the individuals or entities to which the terms are applied; or (b) that acts, at any time has acted, or at any time has been requested or solicited to act, at the request of, for the benefit of, or on behalf of any of said individuals or entities; or (c) that acts or at any time has acted for the benefit of or on behalf of any of said individuals or entities with his or its prior knowledge, consent, or acquiescence; or (d) that acts, at any time has acted, or at any time has been requested or solicited to act, as the actual or ostensible agent of any of said individuals or entities.

4. The terms **document** and **documents** mean and include any kind of written, typewritten, or printed material whatsoever, any kind of graphic

material, and any computer readable media, including, but without limitation, papers, agreements, contracts, notes, memoranda, correspondence, studies, working papers, letters, facsimiles, E-mails, telegrams, invoices, personal diaries, reports, records, books, forms, indexes, transcriptions and recordings, magnetic tapes, disks and printed cards, data sheets, data processing cards, personal calendars, interoffice memoranda, minutes and records of any sorts of meetings, financial statements, financial calculations, estimates; reports of telephone or other oral conversations, appointment books, maps, drawings, charts, graphs, photographs, and all other writings and recordings of every kind, however produced or reproduced, whether signed or unsigned. The terms "document" and "documents" include, but without limitation, originals and all file copies and other copies that are not identical to the original no matter how or by whom prepared, and all drafts prepared in connection with any documents, whether used or not. If the original of any document is not in your possession, custody or control, a copy of that document should be produced.

5.   The phrase **relates to** means consisting of, summarizing, describing, reflecting, or referring to in any way.

6.   The term **communication** includes every manner or means of disclosure or transfer or exchange of information, whether orally, by document, or in any other manner, and whether face-to-face, by telephone, mail, personal

David C. Crosby, P.C.
5280 Thane Road
Juneau, AK 99801-7717
(907) 586-6262   FAX (907) 586-5959
E-mail: crosbylaw@gci.net

delivery, facsimile, E-mail, or otherwise.

7. The term **identify** or **identity**:

(a) when used with a natural person, means to give the full name and business and residence addresses and telephone numbers of that person, as well as the person's present employer and position or job title with that employer;

(b) when used with a person other than a natural person, means to state its full name, the present or last known address of its principal office or place of doing business, and the type of entity (e.g., corporation, partnership, unincorporated association) such person is;

(c) when used with a document means to identify its author, signer, and sender; and its addressees and recipients; and, where not apparent, the relationship of the author, signer, sender, addressee and any other recipient to each other; state the document's title, date, and number of pages; describe its subject matter; and state its present location and the name and address of any person presently having custody or control thereof, and any other descriptive information necessary to identify each document sufficiently in a subpoena duces tecum or request for production. As an alternative, you may produce copies of the document;

(d) when used with a communication, means to identify the persons making the communication, its recipients and all other persons who were

present at the time communication was made, or who received copies of it; and state the date, place, subject matter and substance of the communication.

8. The term **meeting** means any coincidence of, or presence of, or telephone conversation between or among persons, whether such was by chance, prearranged, informal, formal, in connection with some other activity, or otherwise.

9. The words **conversation** and **conversations** mean and include any oral communication regardless of the medium by which such communication occurred.

## INTERROGATORY

**INTERROGATORY NO. 1:** State every place where you have maintained a physical residence since January 1, 2002, and with respect to each such physical residence state the dates of residence, the address, any phone numbers maintained by you during that period of residence, and with respect to each such residence state whether you owned or leased the residence and the amount of any monthly mortgage, lease or rental payments.

**ANSWER:**

**INTERROGATORY NO. 2:** If you claimed a legal residence other than the physical residence identified by you in response to the preceding interrogatory, state the dates during which you claimed such legal residence, the address and phone numbers of that residence and the owner or occupant of the residence, if other than yourself.

**ANSWER:**

**INTERROGATORY NO. 3:** If you received your mail at some location other than the physical residence(s) listed in your responses to Interrogatories Nos. 1 or 2, state any addresses where you received such mail, the dates during which you received mail at that address, and the owner or occupant of the address where mail was received.

**ANSWER:**

**INTERROGATORY NO. 4:** If you are married, state the name, address, and phone number of your spouse and if employed the name, address and phone number of her employer. If you are married **you** or **your** as used in the following interrogatory includes your spouse.

**ANSWER:**

**INTERROGATORY NO. 5:** Identify each entity that has employed you since January 1, 2005, and for each employer, state the name, address, phone number, and the name of your supervisor.

**ANSWER:**

**INTERROGATORY NO. 6:** State your annual earnings from any source since January 1, 2005, and identify the source of any such earnings.

**ANSWER:**

**INTERROGATORY NO. 7:** If you have received any money or other thing of value in excess of $1,000 in any calendar year following January 1, 2005, from any source, with the exception of sources identified in your response to Interrogatories Nos. 5 and 6, please identify the source by name, address and phone number.

**ANSWER:**

**INTERROGATORY NO. 8:** Identify any contract, agreements or understandings that entitle you to receive any money or thing of value at the present time or at any time in the future, including contingent rights, such as royalties, and identify the entities that are parties to the contract, agreement or understanding, the title of the contract, agreement or understanding, and the date on which you entered into any such contract, agreement or understanding.

**ANSWER:**

**INTERROGATORY NO. 9:** Identify by institution, address and account number all asset accounts held in your name or for your benefit since January 1, 2005, including, without limitation, any checking, savings, or security accounts.

**ANSWER:**

**INTERROGATORY NO. 10:** State any other name or alias used by you, other than Joseph Frederick, since January 1, 2002.

**ANSWER:**

**INTERROGATORY NO. 11:** State your social security number.

**ANSWER:**

**INTERROGATORY NO. 12:** Identify by address any real property in which you claim an interest, including as beneficiary of a trust or other arrangement, including long term leases, liens, mortgages, etc., and your equity in or the value of that property to you.

**ANSWER:**

**INTERROGATORY NO. 13:** Identify by name, address and phone number any business in which you claim an interest; state the nature of that interest, and the value of your interest.

**ANSWER:**

**INTERROGATORY NO. 14:** Identify all stocks, bonds, CDs, bank drafts, uncashed checks, or other certificates of value owned by you, or held for your benefit and with respect to each state the name of the issuer, the location and identity of the person holding any such asset, if not yourself, and the face value of the asset.

**ANSWER:**

David C. Crosby, P.C.
5280 Thane Road
Juneau, AK 99801-7717
(907) 586-6262   FAX (907) 586-5959
E-mail: crosbylaw@gci.net

13

Attachment A
Page 13 of 19

**INTERROGATORY NO. 15:** If you are the beneficiary of any trust instrument, state the nature of the trust, the value of any trust assets, the name, address and phone number of the trustee.

**ANSWER:**

**INTERROGATORY NO. 16:** State whether you received an Alaska Permanent Fund Dividend for any year following January 1, 2005.

**ANSWER:**

**INTERROGATORY NO. 17:** Identify any contracts, agreements, or understandings, including, without limitation, promissory notes, royalty agreements, etc., which entitle you to receive benefits in the future and with respect to any such agreement state the value of any future benefits, whether or not contingent. Include in your response the identity of any contract,

agreement, or understanding relating to your "life story," including the story or stories concerning the "Bong Hits 4 Jesus" banner.

**ANSWER:**

**INTERROGATORY NO. 18:** If you have had any source of income other than those identified in your responses to the preceding interrogatories, state the amount and source of that income, the name, address and phone number of the entity supplying any such income.

**ANSWER:**

**INTERROGATORY NO. 19:** If you claim an interest in any asset or thing of value exceeding $1,000, either owned by you or held for your benefit,

that you have not listed in response to the preceding interrogatories, please identify the asset, the value of the asset, and its present location.

**ANSWER:**

**INTERROGATORY NO. 20:** State the make, model, year, VIN and license of any vehicle to which you hold title or as to which you have an unrestricted right of use, and state the address or other location where such vehicle is kept.

**ANSWER:**

**INTERROGATRY NO. 21:** If you have transferred or assigned any asset, including the right to receive income, valued at more than $1,000 within the last twelve (12) months, state the nature of the asset, its value, and the name, address and phone number of the transferee.

**ANSWER:**

**INTERROGATORY NO. 22:** If you have an interest in any judgments, state the name of the case in which any such judgment was issued, the court in which any such judgment was issued, the amount of the judgment, the date of the judgment, and the present status of your efforts to obtain execution on that judgment.

**ANSWER:**

**INTERROGATORY NO. 23:** If any property or asset identified in response to any of the preceding interrogatories is mortgaged, pledged,

encumbered or subject to a conditional bill of sale, state the full details and present status of any such asset or property.

**ANSWER:**

**INTERROGATORY NO. 24:** Identify the nature and amount of any outstanding liabilities for which you are responsible, including the date on which such liability was incurred, the amount of the liability, and the name,

address and phone number of the entity to whom the indebtedness or liability is owed.

**ANSWER:**

DATED this 19 day of December, 2007, at Juneau, Alaska.

DAVID C. CROSBY, PC

David C. Crosby
Alaska Bar No. 7106006

Attorney for Defendants

CERTIFICATE OF SERVICE

I certify that on December 19, 2007, the original of the foregoing was mailed by first class mail, postage prepaid, on: Douglas Mertz, 319 Seward Street, Suite 5, Juneau, AK 99801.

Secretary to Mr. Crosby

JudgmentDebtorInterrogatories.JSD