UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Joseph Frederick,
    Plaintiff,

v.

Deborah Morse, et al.,
    Defendants.

Case Number J02-0008 CV (JWS)

DEFENDANTS' REQUEST
FOR PRODUCTION OF
DOCUMENTS IN AID OF
EXECUTION

## INTRODUCTION

Pursuant to Federal Rules of Civil Procedure, Rules 69 and 34, defendants require you to produce the following documents in aid of execution on the judgments entered against you.

Documents should be produced to this office within thirty days after the date of service of this request. Please organize your production to correspond to the numbered request. If a document is maintained in a file, please produce a copy of file cover clearly showing the file name with the document. You should respond to each request in accordance with the instructions and definitions set forth below. This request is continuing in nature within the meaning of Civil Rule 26.

David C. Crosby, P.C.
5280 Thane Road
Juneau, AK 99801-7717
(907) 586-6262   FAX (907) 586-5959
E-mail: crosbylaw@gci.net

Attachment B
Page 1 of 6

## INSTRUCTIONS

1. In answering this request, you are required to furnish all documents that are available to you, not merely such documents as are in your own personal possession, including documents in the possession of your attorneys, or other persons directly or indirectly employed by or connected with you, or your attorneys, or anyone acting on your behalf or otherwise subject to your control.

2. In answering these requests, you are requested to make a diligent search of your records and of other papers and materials in your possession or available to you or your representatives.

3. If you cannot respond to any request in full, respond to the extent possible, explain why you cannot respond to the remainder and state the nature of the documents that you cannot furnish.

4. If you contend that any document that is responsive to any request propounded herein is privileged for any reason whatsoever, identify each such document in your answer to each request or subpart thereof as to which that document is responsive and state (1) the legal basis on which you claim protections against answering; (2) the date of the document; (3) the nature of the document (e.g., letter, memorandum); (4) the full name, job title and employer for each author of the document; (5) the full name, job

title, and employer of each addressee and named recipient of the document; (6) the full name, job title, and employer of each person who to your knowledge has seen the document; and (7) in general, the subject matter of the document.

## DEFINITIONS

Unless the context clearly indicates otherwise, the definitions given in the interrogatories served on you this date apply to this request for production.

## **REQUEST FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:** Produce all tax returns filed by yourself or any entity on your behalf since January 1, 2005, regardless of whether those returns were filed with the United States Internal Revenue Service or any other governmental entity, domestic or foreign.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:** Produce the most recent pay stub from your employer(s).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:** Produce any financial statements prepared by you, or on your behalf, since January 1, 2005.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4:** Produce any books or records that refer, relate, or pertain to your financial condition since January 1, 2005, including, without limitation, any checkbooks, savings pass books, etc.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5:** Produce any statement(s) provided to you by any financial institution (or a printout thereof if supplied in electronic format) showing the amount or value of funds or assets held by them in your name or for your benefit since January 1, 2005.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 6:** Produce any documents evidencing title to vehicles, real property, and any other asset or thing of value identified by you in response to the interrogatories served herewith.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 7:** Produce a copy of any contracts, agreements or understandings that entitle you to receive benefits at any time in the future, including contingent benefits or royalties.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 8:** Produce any contract or agreement between you and any of the following entities that relate or pertain to your "life story," including the story of the "Bong Hits 4 Jesus" banner:

1) Paramount Pictures.
2) MTV Films.
3) Double Feature Films.
4) Michael Shamberg.
5) Stacey Sher.
6) Mark Poirier.

**RESPONSE:**

DATED this 19 day of December, 2007, at Juneau, Alaska.

DAVID C. CROSBY, PC

_____
David C. Crosby
Alaska Bar No. 7106006

Attorney for Defendants

CERTIFICATE OF SERVICE

I certify that on December 19, 2007, the original of the foregoing was mailed by first class mail, postage prepaid, on: Douglas Mertz, 319 Seward Street, Suite 5, Juneau, AK 99801.

_____
Secretary to Mr. Crosby

RequestForProduction_JudgmentDebtor.JSD