# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Joseph Frederick,<br>    Plaintiff,<br><br>v.<br><br>Deborah Morse, et al.,<br>    Defendants. | Case Number J02-0008 CV (JWS)<br><br>DEFENDANTS' NOTICE OF<br>DEPOSITION CONTINUANCE |

Defendants' Notice of Deposition Re Judgment Debtor Joseph Frederick noted for 9:00 a.m., February 1, 2008, Offices of Glacier Stenographic Reporters, Inc., Conference Room, Travelodge Hotel, 9200 Glacier Highway, Juneau, Alaska, is continued, subject to being re-noted at a later date.

DATED this 22ed day of January, 2008, at Juneau, Alaska.

/s/ David C. Crosby
David C. Crosby
5280 Thane Road
Juneau, AK 99801-7717
Phone: (907) 586-6262
E-mail: crosbylaw@gci.net
Alaska Bar No. 7106006

Attorney for Defendants

ContinueDeposition.jsd

Attachment E
Page 1 of 1