UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Joseph Frederick,
    Plaintiff,

v.

Deborah Morse, et al.,
    Defendants.

Case Number J02-0008 CV (JWS)

ORDER COMPELLING
DISCOVERY [DEFENDANT'S
PROPOSED]

IT IS ORDERED AS FOLLOWS:

(1)    Plaintiff's Motion to Quash Deposition Notice And Financial Discovery is denied, except as noted in paragraph 3 of this Order.

(2)    Within 30 days from the date of this order, plaintiff shall respond fully to defendants' Interrogatories to Judgment Debtor, dated December 19, 2007, and Defendants' Request for Production of Documents in Aid of Execution of the same date. Objection to these discovery requests are waived by reason of failure to provide timely responses.

(3)    Defendants shall continue the deposition scheduled for February 1, 2008, pending receipt of plaintiff's responses to written discovery requests pursuant to this order. Following receipt of written discovery responses,

2

defendants may re-note a videotape, telephonic deposition, provided that plaintiff shall pay telephone and videotaping charges associated with the deposition.

      DATED this _____ day of _____, 2008, at Anchorage, Alaska.

                                            _____
                                            /s/ John W. Sedwick
                                            United States District Judge

OrderReMotionQuash.jsd