## David Crosby

**From:** David Crosby [crosbylaw@gci.net]
**Sent:** Wednesday, February 06, 2008 4:50 PM
**To:** Doug Mertz (dkmertz@ak.net)
**Subject:** Frederick v. Morse

Doug:

I just reviewed your opposition to my motion to compel.

My apologies if I unjustly accused you of failing to respond to my discovery requests during the initial trial phase of this litigation. Either I never received those responses or have misplaced them. Would you please immediately transmit a copy of Joseph's responses to Defendants' First Interrogatories to Plaintiff Joseph Frederick, dated December 3, 2002. A PDF version would be preferable. If you get them to me right away I will be able to correct my error in my reply brief.

Many thanks.

David

David C. Crosby
5280 Thane Road
Juneau, AK 99801
Phone: (907) 586-6262
Fax: (907) 586-5959
crosbylaw@gci.net

*This confidential message may be subject to the attorney-client privilege or protected by the attorney work-product doctrine. If you have received this message in error, please delete it and notify me.*

EXHIBIT  A
Page  /  of  /

2/8/2008