## David Crosby

**From:** David Crosby [crosbylaw@gci.net]
**Sent:** Thursday, February 07, 2008 4:11 PM
**To:** Doug Mertz (dkmertz@ak.net)
**Subject:** Frederick v. Morse

Doug:

I am planning on filing my reply in support of the motion to compel by close of business tomorrow. If you can get a copy of Joseph's answers to my December 3, 2002 damage interrogatories, with a certificate showing service on me, before noon tomorrow, I will include the correction in my reply. If I have not heard from you by then I will assume that my files are complete, that the answers were never served on me, and that no correction is necessary.

David

David C. Crosby
5280 Thane Road
Juneau, AK 99801
Phone: (907) 586-6262
Fax: (907) 586-5959
crosbylaw@gci.net

*This confidential message may be subject to the attorney-client privilege or protected by the attorney work-product doctrine. If you have received this message in error, please delete it and notify me.*

EXHIBIT B
Page 1 of 1